FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY \_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EUGENE EVERAL BAIRD, <br><br> Petitioner, <br><br> v. <br><br> MATTHEW CATE, Secretary of CDCR, <br><br> Respondent. | Case No. CV 12-05377 GAF (AN) <br><br> ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections, which are erroneously titled as a "Motion" [6]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Objections are overruled for the reasons set forth in the R&R. Additionally, Petitioner's request to augment the record is denied because, as the R&R correctly concludes, the Court has "a complete record for purposes of determining whether Petitioner's due process rights were satisfied under *Hill* and *Wolff*." (R&R at 7 n.2.) The Court accepts the findings and recommendation of the R&R.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: 8/8, 2012

GARY A. FEESS
UNITED STATES DISTRICT JUDGE