FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EUGENE EVERAL BAIRD,<br><br>  Petitioner,<br><br>  v.<br><br>MATTHEW CATE, Secretary of CDCR,<br><br>  Respondent. | Case No. CV 12-05377 GAF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: __8/8__, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY