FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EUGENE EVERAL BAIRD, | Case No. CV 12-05377 GAF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| MATTHEW CATE, Secretary of CDCR, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: 8/8, 2012

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY